## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:25-cv-14012 |
| | ) | |
| MARI HOLDINGS IL, LLC and | ) | |
| BENJAMIN PATTERSON, | ) | |
| individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| Defendants. | ) | |

### CORRECTED JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action be voluntarily dismissed without prejudice and without costs.

Dated: February 25, 2026

/s/ *Jonathan L. Schwartz*
Jonathan L. Schwartz (ARDC #6287338)
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: 773-389-6440
Jonathan.Schwartz@fmglaw.com
**Counsel for Scottsdale Insurance Company**

/s/ *Kyle Shamberg*
Kyle Shamberg (ARDC #6300832)
Carroll Shamberg LLC
200 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Tel: 872-215-6205
kyle@csclassactions.com
**Counsel for Benjamin Patterson, individually and on behalf of all others similarly situated**