## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Scottsdale Insurance Company

                        Plaintiff,

v.                                        Case No.: 1:25–cv–14012

                                        Honorable Charles P. Kocoras

Mari Holdings IL, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 27, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: In accordance with the appearing parties' stipulation of voluntary dismissal [20], all claims against Defendants are dismissed without prejudice. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.